**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 17-cv-00751-RM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. $16,626.97 HELD IN BANK OF THE WEST ACCOUNT #41502683;**
2. $8,192.22 HELD IN FIRST BANK ACCOUNT #2026030437;
3. $50,744.84 HELD IN FIRST BANK ACCOUNT #2021245699;
4. $815.10 HELD IN FIRST BANK ACCOUNT #2021248833;
5. $31,861.72 HELD IN FIRST BANK ACCOUNT #2021250811;
6. $9,053.01 HELD IN WELLS FARGO BANK ACCOUNT #7269983420;
7. $29,985.14 HELD IN WELLS FARGO BANK ACCOUNT #5378536204;
8. $9,165.07 HELD IN WELLS FARGO BANK ACCOUNT #8112218105;
9. $3,329.26 HELD IN WELLS FARGO BANK ACCOUNT #3427918416;
10. $77,373.36 HELD IN KIRKPATRICK BANK ACCOUNT #2015009936;
11. CASH VALUE OF STATE FARM INSURANCE POLICY #LF-3406-7842;
12. $6,491.47 HELD IN WELLS FARGO BANK ACCOUNT #5562114016;
13. $2,329.90 HELD IN JP MORGAN CHASE ACCOUNT #209158661;
14. $2,825.48 HELD IN JP MORGAN CHASE ACCOUNT #556396807;
15. $3,975.19 HELD IN JP MORGAN CHASE ACCOUNT #806530163;
16. $40,427.69 HELD IN JP MORGAN CHASE ACCOUNT #630110356;
17. $114,029.82 HELD IN JP MORGAN CHASE ACCOUNT #630090699;
18. $5,500.00 HELD IN CHARLES SCHWAB ACCOUNT #72221164;
19. $15,882.25 HELD IN CHARLES SCHWAB ACCOUNT #39014713;
20. 27115 COUNTY ROAD 13, ELIZABETH, COLORADO;
21. 4567 MIRA DEL SOL COURT, CASTLE ROCK, COLORADO;
22. 25892 EAST 5TH PLACE, AURORA, COLORADO;
23. 1152 SOUTH ZENO WAY, UNIT E, AURORA, COLORADO;
24. 2675 SOUTH DANUBE WAY, UNIT 205, AURORA, COLORADO;
25. 21962 EAST CRESTLINE PLACE, AURORA, COLORADO;
**26. 2013 PORSCHE CAYENNE, VIN WP1AF2A22DLA22972;**
**27. 2009 ACURA MDX, VIN 2HNYD28239H515635;**
28. 80 ASSORTED GOLD AND SILVER COINS;
29. 2014 FORD F-150 CREW CAB, VIN 1FTFW1EF8EKF55558;
30. 2012 DODGE CHALLENGER, VIN 2C3CDYBT4CH101201;
31. $15,680.00 IN UNITED STATES CURRENCY; and
32. 2013 DODGE CHARGER, VIN 2C3CDXGJ9DH514346,

    Defendants.

# ORDER

This matter is before the Court on the "Unopposed Motion for Final Order of Forfeiture as to Certain Defendant Assets and Dismissal of Defendant $16,626.97 Held in Bank of the West Account #41502683" (the "Motion") (ECF No. 71), seeking relief as to the following defendant assets: (1) $16,626.97 Held in Bank of the West Account #41502683; (2) 2013 Porsche Cayenne, VIN WP1AF2A22DLA22972 (the "2013 Porsche"); and (3) 2009 ACURA MDX, VIN 2HNYD28239H515635 (collectively, "Defendant Assets"). Such request is stated to be based on a Settlement and Consent Agreement as to Defendant Assets, between the United States; Guadalupe D. Stonehouse ("Ms. Stonehouse"); and Michael Stonehouse, Elizabeth Organic Tomato Growers LLC, GDS LLC, Interactive Global Management, Michael A. Stonehouse Irrevocable Trust, Stone Casa LLC, and the Stonehouse Foundation (collectively, the "Stonehouse Claimants"). (Motion, ¶ 6.) Based on the record before the Court, such request is denied without prejudice. The reasons are as follows.

First, the record shows that the Michael A. Stonehouse Living Trust also filed a notice of claim as to the 2013 Porsche (ECF No. 58-1, page 1), but its interest is not addressed in the Motion. Secondly, this matter has been stayed as to Stonehouse Claimants upon their request. (ECF Nos. 59, 60.) The Court assumes Stonehouse Claimants wish the stay to be lifted as to them, and only as to Defendant Assets. But, the Court should not have to make assumptions, and the Stonehouse Claimants made no such request. Third, Ms. Stonehouse's Notice of Verified Claim states it is as to a "2011 PORSCHE CAYENNE, VIN WP1AF2A22DLA22072" (ECF No. 61), but the Porsche at issue is a 2013 model, with a VIN ending in "2*9*72" (emphasis added). The Court assumes it is the same vehicle, as it is identified in Ms. Stonehouse's caption

as Defendant #26. Again, for the relief requested, the Court should not have to make assumptions. Finally, a final judgment is requested pursuant to Fed. R. Civ. P. 58 (ECF No. 71-2), but the settlement as to Defendant Assets will not resolve this entire action. Instead, this partial resolution triggers Rule 54(b), which the United States did not address.[1] Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief…or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.") Accordingly, it is

**ORDERED** that the Unopposed Motion for Final Order of Forfeiture as to Certain Defendant Assets and Dismissal of Defendant $16,626.97 Held in Bank of the West Account #41502683 (ECF No. 71) is **DENIED WITHOUT PREJUDICE**.

DATED this 2nd day of January, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] Although it appears, if all interests in Defendant Assets are accounted for and addressed, entry under Rule 54(b) may be appropriate.